ALFRED B. JUDD, ADMINISTRATOR, ETC., OF PHILU E. JUDD, DECEASED, *versus* JOHN BRONSON. ██

JOURNAL ENTRIES (1827–28): *Journal 4:* (1) Motion for judgment on circuit court verdict *p. 153; (2) motion for judgment on circuit court verdict *p. 179; (3) argued, submitted *p. 195; (4) motion in arrest and for new trial overruled *p. 211; (5) motion to send to circuit court for judgment *p. 223; (6) case ordered sent to circuit court *p. 242.
PAPERS IN FILE: (1) Motion to send to circuit court.
*1824–36 Calendar*, MS p. 161.

 JOHN L. WHITING, ADMINISTRATOR, ETC., OF ANDREW G. WHITNEY, DECEASED, ANN ELIZA WHITNEY, WIDOW OF SAID ANDREW G. WHITNEY, AND JOHN M. WHITNEY, AND MARY G. WHITNEY, MINOR CHILDREN OF SAID ANDREW G. WHITNEY, BY ANN ELIZA WHITNEY, THEIR NEXT FRIEND, *versus* HENRY CHIPMAN. 

JOURNAL ENTRIES (1827–28): *Journal 4:* (1) Reference to master *p. 155; (2) report of master confirmed, rule for decree *p. 166; (3) decree ordered filed *p. 169.
PAPERS IN FILE: (1) Bill of complaint; (2) answer; (3) motion for reference to master; (4) certificate of judge of probate; (5) master's report;

(6) motion to confirm master's report and for decree; (7) draft of decree; (8) draft of order that decree be filed; (9) engrossed copy of decree signed by one of the judges.
*Chancery Case 96 of 1827.*

 BENJAMIN WOODWORTH AND JAMES BYRNE *versus* THOMAS BEALS, WILLIAM KEITH, DAVID C. McKINSTRY, HENRY S. COLE, AND THOMAS C. SHELDON. 

JOURNAL ENTRIES (1828–29): *Journal 4:* (1) Death suggested; rule to plead, answer, or demur; rule to notify administrator *p. 161; (2) continued *p. 217; (3) dismissed *p. 294.
PAPERS IN FILE: (1) Bill of complaint; (2) answer of Henry S. Cole; (3) answer of David C. McKinstry; (4) suggestion of death; motion for rule to plead, answer, or demur, and for notice to administrator; (5) motion to dismiss bill; (6) precipe for execution for costs; (7) writ of fi. fa. for costs, receipt.
*Chancery Case 87 of 1827.*